COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
| jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
| rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
| khaake@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawai‘i  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>     Plaintiffs,<br><br> vs.<br><br>CARA BARBER,<br><br>     Defendant. | CIVIL NO. 18-00042<br><br>PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT<br><br>No Trial Date Set |

**PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Plaintiffs Ohana Military Communities, LLC ("Ohana") and Forest City Residential Management, LLC file this Corporate Disclosure Statement and hereby disclose as follows:

### Ohana

Ohana is a Hawaiʻi limited liability company. Ohana is managed by its members, Hawaiʻi Military Communities LLC and the United States of America, Department of the Navy.

### Forest City Residential Management, LLC

Forest City Residential Management, LLC is an Ohio limited liability company wholly owned by Forest City Properties, LLC, an Ohio limited liability company ("FCP"); FCP is wholly owned by Forest City Enterprises, L.P., a Delaware limited partnership ("FCE"); FCE's sole general partner is Forest City Realty Trust, Inc., a Maryland corporation ("FCRT"), and FCE's sole limited partner is FCILP, LLC, a Delaware limited liability company ("FCILP"); and FCILP is wholly owned by FCRT.

FCRT is a publicly traded corporation on the New York Stock Exchange.

DATED:  Honolulu, Hawai'i, January 31, 2018.

/s/Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC