LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

BRADFORD F. K. BLISS   3161-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  bbliss@lbchlaw.com

Attorney for Defendant
CARA BARBER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CARA BARBER,<br><br>          Defendant. | CIVIL NO. 18-00042 KJM<br><br>DEFENDANT CARA BARBER'S MOTION TO DISMISS COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRADFORD F. K. BLISS; EXHIBITS "A - C"; CERTIFICATE OF SERVICE |

<u>DEFENDANT CARA BARBER'S MOTION TO DISMISS COMPLAINT</u>

Defendant Cara Barber ("Barber"), by and through her attorneys, Lyons, Brandt, Cook & Hiramatsu, respectfully moves this Court for an order dismissing the Complaint filed against her in this action on the ground that the

Plaintiffs have previously pursued identical claims against her in a prior civil action, which was appealed to the Ninth Circuit Court of Appeals resulting in a ruling in Barber's favor. Accordingly, the claims alleged in the complaint filed in this action are barred under the doctrine of res judicata.

This motion is brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 12.1, and is based upon the attached Declaration and exhibits, and the record and pleadings on file herein.

DATED:  Honolulu, Hawaii, March 7, 2018.

/s/ Bradford F. K. Bliss
BRADFORD F.K. BLISS
Attorney for Defendant
CARA BARBER