COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JOACHIM P. COX                7520-0
   jcox@cfhawaii.com
RANDALL C. WHATTOFF           9487-0
   rwhattoff@cfhawaii.com
KAMALA S. HAAKE               9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>          Plaintiffs,<br><br>  vs.<br><br>CARA BARBER,<br><br>          Defendant. | CIVIL NO.  18-00042 KJM<br><br>PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DEFENDANT CARA BARBER'S COUNTERCLAIM; CERTIFICATE OF SERVICE<br><br>JUDGE:   Kenneth J. Mansfield<br>No Trial Date Set |

**PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND
FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S REQUEST
FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO
DISMISS DEFENDANT CARA BARBER'S COUNTERCLAIM**

Plaintiffs Ohana Military Communities, LLC ("Ohana") and

Forest City Residential Management, LLC ("FCRM") (collectively

"Plaintiffs") respectfully move this Court, pursuant to Rule 201 of the

Federal Rule of Evidence, to take judicial notice of the following exhibits

that were attached to Plaintiffs' Motion to Dismiss Defendant Cara Barber's

Counterclaim.

Exhibit 1: Ohana and FCRM's Memorandum in Support of

Motion for Preliminary Injunction filed in *Barber, et al. v. Ohana Military

Communities, LLC, et al.*, CV 14-00217 HG-RLP ("*Barber I*") on June 15,

2016, ECF No. 278.

Exhibit 2:  The district court's "Order Granting, in Part,

Defendants' Motion for Preliminary Injunction (ECF No. 278)", filed on

August 26, 2016 in *Barber I*, ECF No. 341.

Exhibit 3: The Ninth Circuit Court of Appeals' July 27, 2017

Memorandum Opinion in *Barber I*, ECF No. 391.

Exhibit 4: The redacted transcript of the August 15, 2016

continued hearing on the Motion for Preliminary Injunction in *Barber I*,

which was unsealed by the district court.  *See Barber I*, ECF No. 388 (12/8/16 minute order).

Plaintiffs cite the aforementioned exhibits in support of their Motion to Dismiss Ms. Barber's Counterclaim.  It is well-settled that the Court may take judicial notice of judicial pleadings and public records.  *See, e.g.*, *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) ("On a motion to dismiss, we may take judicial notice of matters of public record outside the pleadings"; taking judicial notice of a motion to dismiss and supporting memorandum); *Rupert v. Bond*, 68 F.Supp.3d 1142, 1154 (N.D. Cal. 2014) ("A court may take judicial notice of documents filed in judicial or administrative proceedings, . . . and documents that are public record."); *Marks v. Tapia*, No. CIV S-07-0371, 2008 WL 1897683, at *1 n.1 (E.D. Cal. Apr. 28, 2008) ("Judicial notice may be taken of court records."); *see also In re Am. Apparel, Inc. S'holder Litig.*, 855 F.Supp.2d 1043, 1064 (C.D. Cal. 2012) ("Because plaintiffs obtained the documents by making a FOIA request, the court will take judicial notice of them as matters of public record.").

It is also well-established that courts can rely on documents of which it takes judicial notice without transforming a motion to dismiss into a motion for summary judgment.  *See Velasco v. Sec. Nat'l Mortg. Co.*, 823 F.

Supp. 2d. 1061, 1064 n.1 (D. Haw. 2011) ("When ruling on a motion to dismiss, courts may generally consider allegations contained in the pleadings, exhibits attached to the complaint, and matters properly subject to judicial notice.") (citation, brackets and quotation marks omitted); *Caraang v. PNC Mortg.,* 795 F. Supp. 2d 1098, 1112 (D. Haw. 2011) (granting judicial notice – in connection with motion to dismiss – of mortgage agreements on the grounds that they are public records); *Frame v. Cal-W. Reconveyance Corp.*, No. CV-11-0201-PHX-JAT, 2011 WL 3876012, at *1 (D. Ariz. Sept. 2, 2011) ("The Court may take judicial notice of matters of public record without converting the Motions to Dismiss into motions for summary judgment.").

Each of the relevant exhibits relates to the preliminary injunction proceeding in *Barber I.*  They are highly relevant to Ms. Barber's Counterclaim because, to the extent the Counterclaim contains any factual allegations, those allegations falsely suggest that there was something improper with Plaintiffs' conduct in connection with the preliminary injunction proceeding.  *See, e.g.*, Countercl. ¶¶ 27–28 ("Counterclaim Defendants had an ulterior purpose when they filed the preliminary injunction motion as well as the current lawsuit.  The filing of said motion and the present lawsuit was a willful act in the use of process

which was not proper in the regular conduct of the proceeding.").

Exhibits 1–4 are therefore highly relevant to showing there was no such

improper conduct.  Accordingly, Plaintiffs respectfully request that this

Court take judicial notice of the above documents.

DATED:  Honolulu, Hawai'i, June 21, 2018.


/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC, | CIVIL NO.  18-00042 KJM |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| CARA BARBER, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing were served on the following at their last known addresses:

**Served Electronically via CM/ECF**

Bradford F.K. Bliss, Esq.                   bbliss@lbchlaw.com
Lyons, Brandt, Cook & Hiramatsu
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

Attorney for Defendant
CARA BARBER

DATED:  Honolulu, Hawaiʻi, June 21, 2018.


/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC