IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC, | ) ) ) ) ) | CIVIL NO. 18-00042 KJM<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE UNDER SEAL UNREDACTED MOTION TO DISMISS COUNTERCLAIM AND EXHIBIT 5 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CARA BARBER, | ) ) | |
| Defendant. | ) ) ) | |

ORDER GRANTING PLAINTIFFS' EX PARTE
MOTION TO FILE UNDER SEAL UNREDACTED
MOTION TO DISMISS COUNTERCLAIM AND EXHIBIT 5

On June 21, 2018, Plaintiffs Ohana Military Communities, LLC and Forest City Residential Management, LLC (collectively, "Plaintiffs") filed a Motion to Dismiss Defendant Cara Barber's Counterclaim [DOC 19] ("Motion to Dismiss"). ECF No. 27. That same day, Plaintiffs also filed an Ex Parte Motion to File Under Seal Unredacted Motion to Dismiss Counterclaim and Exhibit 5 ("Ex Parte Motion"). ECF No. 28. For good cause shown, and given the lack of any opposition, the Court GRANTS Plaintiffs' Ex Parte Motion.

Although the Court finds good cause to seal the Settlement Agreement for purposes of Plaintiffs' Motion to Dismiss, the Court cautions that it may reach a different conclusion on summary judgment or at trial.  Plaintiffs should be cognizant of the "strong presumption" in favor of maintaining public access to judicial records that are not of a type "traditionally kept secret for important policy reasons."  *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  This strong presumption "applies fully to . . . motions for summary judgment and related attachments."  *Id.* at 1179.  A party seeking to seal attachments to a motion for summary judgment or at trial "bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard."  *Id.* at 1178.  The "compelling reasons" standard applies "even if the dispositive motion, or its attachments, were previously filed under seal or protective order."  *Id.* at 1179-80.

The Court is aware that other judges of this district court, in other related matters, have permitted the Settlement Agreement to be filed under seal.  In this case, however, Plaintiffs have specifically and voluntarily put the Settlement Agreement at issue by filing a new complaint seeking affirmative relief against the other party to the Settlement Agreement and now by using the Settlement Agreement to support its Motion to Dismiss.  Plaintiffs' conduct in this matter is at

odds with Plaintiffs' asserted need to maintain confidentiality of the Settlement Agreement.

## CONCLUSION

Based on the foregoing, the Court GRANTS Plaintiffs' Ex Parte Motion.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, July 6, 2018.



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge

*Ohana Military Cmtys., LLC, et al. v. Barber*, CV 18-00042 KJM; Order Granting Plaintiffs' Ex Parte Motion to File Under Seal Unredacted Motion to Dismiss Counterclaim and Exhibit 5