LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

BRADFORD F. K. BLISS   3161-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  bbliss@lbchlaw.com

SMITH LAW
P. KYLE SMITH          9533
970 N. Kalaheo Avenue, Suite A301
Kailua, Hawaii 96734
Telephone:  (808) 791-9555
Facsimile:  (808) 791-9556
E-mail:  kyle@smithhawaii.law

TERRANCE M. REVERE  5857
Revere & Associates LLLC
970 N. Kalaheo Avenue, Suite A301
Kailua, Hawaii 96734
Telephone :  (808) 791-9550
Facsimile:   (808) 791-9551
E-mail:  terry@revereandassociates.com

Attorneys for Defendant
CARA BARBER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC, | ) ) ) | CIVIL NO. 18-00042 KJM |
| | ) ) | DEFENDANT CARA BARBER'S INITIAL DISCLOSURES |
| Plaintiffs, | ) | PURSUANT TO FRCP 26; |

|  | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| CARA BARBER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT CARA BARBER'S INITIAL DISCLOSURES
## PURSUANT TO FRCP 26

Pursuant to Federal Rules of Civil Procedure 26(a)(1), Defendant Cara Barber ("Barber"), by and through her attorneys, Lyons, Brandt, Cook & Hiramatsu, Smith Law and Revere and Associates LLLC, hereby submits the following initial disclosures.

I.        KNOWLEDGEABLE INDIVIDUALS

Barber preliminarily identifies the following individuals who are likely to have discoverable information that Barber may use to support her defenses in this action, unless solely for impeachment:

|  |  |  |
|---|---|---|
| 1. | Cara Barber<br>c/o Lyons, Brandt, Cook & Hiramatsu<br>841 Bishop Street, Suite 1800<br>Honolulu, HI 96813 | Defendant; will testify as to liability and damages concerning her defenses to the Plaintiffs' claims and her affirmative claims against Plaintiffs. |

| | | |
|---|---|---|
| 2. | Walter Chun, Ph.D., CSP, CHST, CHSP<br>1045 Lolena Place<br>Honolulu, HI 96817 | Dr. Chun has personal knowledge of the health and environmental effects of pesticides and the State of Hawaii, Department of Health's handling of complaints regarding same. |
| 3. | Employees and management of Plaintiff Ohana Military Communities, LLC ("OMC") | OMC management and employees are believed to have knowledge of OMC's dust and pesticide history and remediation and official policies regarding same. |
| 4. | Employees and management of Plaintiff Forest City Residential Management, Inc. ("FCRM") | FCRM management and employees are believed to have knowledge of OMC's dust and pesticide history and remediation and official policies regarding same. |
| 5. | Dennis Poma, President<br>Advanced Compliance Solutions, Inc.<br>94-515 Ukee Street, Unit 301<br>Waipahu, HI 96797<br>Tel: (808) 369-7116 | Mr. Poma is believed to have knowledge of environmental matters at the Marine Corps Base Hawaii housing development, including but not limited to construction practices, construction monitoring, pesticide mitigation measures, soil management practices and procedures, soil sampling and testing, environmental documentation and communications with the Hawaii Department of Health and the military. |

3

| | | |
|---|---|---|
| 6. | Julie A. Rogers, Biologist<br>Environmental Science International<br>354 Uluniu Street, Suite 304<br>Kailua, HI 96734<br>Tel: (808) 262-0740 | Ms. Rogers is believed to have knowledge of environmental matters at the Marine Corps Base Hawaii housing development, including but not limited to construction practices, pesticide mitigation measures, soil management practices and procedures, soil sampling and testing, environmental documentation and communications with the Hawaii Department of Health and the military. |
| 7. | Eric Sadoyama, Remedial Project Manager<br>Hawaii State Department of Health<br>919 Ala Moana Blvd., Room 206<br>Honolulu, HI 96813<br>Tel: (808) 586-0955 | Mr. Sadoyama is believed to have knowledge of environmental procedures, assessments and plans, as well as requests to the Hawaii State Department of Health's for approval of the pesticide soil management plan. |
| 8. | Other persons identified in documents produced in discovery. | |

Barber reserves the right to name and call at trial additional witnesses identified during the course of discovery, expert witnesses, rebuttal witnesses, and all witnesses named by Plaintiffs.

## II. DOCUMENTS WHICH MAY BE USED TO SUPPORT BARBER'S CLAIMS OR DEFENSES

Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure,

Barber discloses and describes the following categories of documents, electronically stored information and tangible things (collectively "documents") that are in her possession, custody or control and that she may use to support her claims or defenses, except for those categories relating solely to impeachment.

1. Communications between counsel, and between counsel and the court, relating to settlement of Civil No. 14-00217 HG-KSC

2. Settlement Agreement and Release, prepared in connection with settlement of Civil No. 14-00217 HG-KSC

3. Documents obtained through FOIA requests to the Marine Corps and Navy

4. Documents obtained through requests to access government records made to the State of Hawaii

5. Documents referenced in the Complaint and Counterclaim filed herein

6. Communications between Plaintiffs and residents relating to the residences in Marine Corps housing

7. Communications between Plaintiffs and third party environmental consultants relating to the development of Marine Corps housing

8. Communications between Plaintiffs and third party construction contractors relating to the development of Marine Corps housing

9. Communications between Plaintiffs and the Hawai'i Department of Health relating to the development of Marine Corps housing

10. Documents relating to environmental plans or reports composed by third parties, including but not limited to Pesticide Soils Management Plans and Environmental Site Assessments

11. Forest City Residential Community Handbook

12.    Documents relating to the construction and development of the residences at Marine Corp Base Hawai'i

13.    Exhibits entered in evidence, or marked for identification, in connection with the post-settlement motion for preliminary injunction filed by Plaintiffs in Civil No. 14-00217 HG-KSC

Barber reserves the right to supplement her disclosures as required by the Federal Rules of Civil Procedure.


III.      <u>DAMAGES</u>

Barber will seek to recover general, special, treble and punitive damages related to Plaintiffs' breach of the settlement agreement, negligent and intentional infliction of emotional distress, and other affirmative claims asserted in her counterclaim. Barber will also seek recovery of her fees and costs incurred in this action. Discovery is ongoing and the calculation of damages will be supplemented as additional information is available.


IV.      <u>INSURANCE</u>

Barber will make available for inspection and copying as required under Fed. R. Civ. P. Rule 34 any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the instant action or to indemnify or reimburse for payments made to satisfy the judgment.

DATED:  Honolulu, Hawaii, August 8, 2018.

/s/ Bradford F. K. Bliss
BRADFORD F.K. BLISS
Attorney for Defendant
CARA BARBER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC, | ) CIVIL NO. 18-00042 KJM<br>)<br>) CERTIFICATE OF SERVICE<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| CARA BARBER, | )<br>) |
| Defendant. | )<br>) |

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018 and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following at their last known addresses:

| Served Electronically through CM/ECF: | E-mail address |
|---|---|
| P. KYLE SMITH, ESQ.<br>970 N. Kalaheo Avenue, #A301<br>Kailua, Hawaii 96734<br><br>    and | kyle@smithhawaii.law |
| | |
| TERRANCE M. REVERE, ESQ.<br>Pali Palms Plaza<br>970 N. Kalaheo Avenue, #A301<br>Kailua, Hawaii 96734 | terry@revereandassociates.com |
| Attorneys for Defendant | |

| Served Electronically through CM/ECF: | E-mail address |
|---|---|
| JOACHIM P. COX, ESQ.<br>RANDALL C. WHATOFF, ESQ.<br>KAMALA S. HAAKE, ESQ.<br>Cox & Fricke, LLLP<br>800 Bethel Street, Suite 600<br>Honolulu, Hawaii 96813 | jcox@cfhawaii.com<br>rwhatoff@cfhawaii.com<br>khaake@cfhawaii.com |
|     Attorneys for Plaintiffs<br>    OHANA MILITARY COMMUNITIES,<br>    LLC and FOREST CITY RESIDENTIAL<br>    MANAGEMENT, LLC | |

DATED:  Honolulu, Hawaii, August 8, 2018.

/s/ Bradford F. K. Bliss
BRADFORD F. K. BLISS
Attorney for Defendant
CARA BARBER

2