COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JOACHIM P. COX                 7520-0
   jcox@cfhawaii.com
RANDALL C. WHATTOFF       9487-0
   rwhattoff@cfhawaii.com
KAMALA S. HAAKE             9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>          Plaintiffs,<br><br>  vs.<br><br>CARA BARBER,<br><br>          Defendant. | CIVIL NO.  18-00042 KJM<br><br>CERTIFICATE OF SERVICE<br>[Re:  (1) Plaintiff Ohana Military Communities, LLC's First Request for Production of Documents and Things to Defendant Cara Barber; and (2) Plaintiff Ohana Military Communities, LLC's First Request for Answers to Interrogatories to Defendant Cara Barber]<br><br>TRIAL:    June 12, 2019 |

## CERTIFICATE OF SERVICE

I hereby certify that, on this date and by the methods of service noted below, a true and correct copy of *(1) Plaintiff Ohana Military Communities, LLC's First Request for Production of Documents and Things to Defendant Cara Barber; and (2) Plaintiff Ohana Military Communities, LLC's First Request for Answers to Interrogatories to Defendant Cara Barber* was served on the following at their last known addresses:

**Served By Hand Delivery (original and one copy):**

Bradford F.K. Bliss, Esq.
Lyons, Brandt, Cook & Hiramatsu
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

**Served By Hand Delivery (one copy):**

P. Kyle Smith, Esq.
Law Offices of Ian L. Mattoch
Pacific Guardian Center
737 Bishop Street, Suite 1835
Honolulu, Hawaii 96813

2

**Served By United States Mail, Postage Prepaid (one copy):**

Terrance M. Revere, Esq.
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, HI  96734

Attorneys for Defendant
CARA BARBER

    DATED:  Honolulu, Hawaiʻi, November 9, 2018.

                      /s/ Randall C. Whattoff
                      JOACHIM P. COX
                      RANDALL C. WHATTOFF
                      KAMALA S. HAAKE
                      Attorneys for Plaintiffs
                      OHANA MILITARY COMMUNITIES, LLC
                      and FOREST CITY RESIDENTIAL
                      MANAGEMENT, LLC