LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

Bradford F. K. Bliss   3161-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:       bbliss@lbchlaw.com

P. KYLE SMITH  9533
Law Offices of Ian L. Mattoch
737 Bishop Street, Suite 1835
Honolulu, Hawaii 96813
Telephone:  (808) 523-2451
E-mail:       kyle@ianmattoch.com

TERRANCE M. REVERE  5857
Revere & Associates LLLC
970 N. Kalaheo Avenue, Suite A301
Kailua, Hawaii 96734
Telephone :  (808) 791-9550
Facsimile:   (808) 791-9551
E-mail:        terry@revereandassociates.com

Attorneys for Defendant
CARA BARBER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC, | ) ) ) ) ) | CIVIL NO. 18-00042 KJM<br><br>CERTIFICATE OF SERVICE<br><br>[DEFENDANT CARA BARBER'S |
| Plaintiffs, | ) | RESPONSE TO PLAINTIFF |

20411a COS 05

|  |  |  |
|---|---|---|
| vs. | ) ) ) | OHANA MILITARY COMMUNITIES, LLC'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT CARA BARBER, DATED NOVEMBER 9, 2018] |
| CARA BARBER, | ) ) ) |  |
| Defendant. | ) ) |  |

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2018, the original and one true and correct copy of DEFENDANT CARA BARBER'S RESPONSE TO PLAINTIFF OHANA MILITARY COMMUNITIES, LLC'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT CARA BARBER, DATED NOVEMBER 9, 2018 were duly served on the following in the manner indicated below:

|  | MAIL | PERSONAL SERVICE |
|---|---|---|
| JOACHIM P. COX, ESQ.<br>RANDALL C. WHATOFF, ESQ.<br>KAMALA S. HAAKE, ESQ.<br>800 Bethel Street, Suite 600<br>Honolulu, Hawaii  96813<br>    Attorneys for Plaintiffs<br>    OHANA MILITARY COMMUNITIES, LLC and<br>    FOREST CITY RESIDENTIAL MANAGEMENT, LLC | X |  |

DATED:  Honolulu, Hawaii, December 26, 2018.

/s/ Bradford F.K. Bliss
BRADFORD F.K. BLISS
Attorney for Defendant
CARA BARBER