COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JOACHIM P. COX                     7520-0
    jcox@cfhawaii.com
RANDALL C. WHATTOFF            9487-0
    rwhattoff@cfhawaii.com
KAMALA S. HAAKE                  9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CARA BARBER,<br><br>Defendant. | CIVIL NO. 18-00042 KJM<br><br>CERTIFICATE OF SERVICE<br><br>(RE:  1) PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S OBJECTIONS TO CARA BARBER'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION SERVED ON **WILLIAM CUTLER;** 2) PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL |

MANAGEMENT, LLC'S
OBJECTIONS TO CARA
BARBER'S SUBPOENA TO
PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF
PREMISES IN A CIVIL ACTION
SERVED ON **DENNIS POMA** and
3)  PLAINTIFFS OHANA
MILITARY COMMUNITIES, LLC
AND FOREST CITY
RESIDENTIAL MANAGEMENT,
LLC'S OBJECTIONS TO CARA
BARBER'S SUBPOENA TO
PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF
PREMISES IN A CIVIL ACTION
SERVED ON **CHRIS
WALDRON**)

Trial:  June 12, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of 1) *Plaintiffs Ohana Military Communities, LLC and Forest City Residential Management, LLC's Objections to Cara Barber's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action Served on William Cutler*; 2) *Plaintiffs Ohana Military Communities, LLC and Forest City Residential Management, LLC's Objections to Cara Barber's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action Served on Dennis Poma*; and 3) *Plaintiffs Ohana Military Communities, LLC and Forest City Residential Management, LLC's Objections to Cara Barber's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action Served on Chris Waldron* were served on this date in the following manner:

|  | HAND DELIVERED | MAILED | CM/ECF |
|---|---|---|---|
| Bradford F.K. Bliss, Esq.<br>Lyons, Brandt, Cook & Hiramatsu<br>1800 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, HI  96813<br>bbliss@lbchlaw.com | [ X ] | [  ] | [  ] |

| | HAND DELIVERED | MAILED | CM/ECF |
|---|---|---|---|
| P. Kyle Smith, Esq.<br>Law Offices of Ian L. Mattoch<br>Pacific Guardian Center<br>737 Bishop Street, Suite 1835<br>Honolulu, Hawaii 96813<br>kyle@ianmattoch.com | [ X ] | [  ] | [  ] |
| Terrance M. Revere<br>Revere & Associates, LLLC<br>Pali Palms<br>970 North Kalaheo Ave., Suite A301<br>Kailua, HI  96734<br>terry@revereandassociates.com<br><br>Attorneys for Defendant<br>CARA BARBER | [  ] | [ X ] | [  ] |

DATED:  Honolulu, Hawaiʻi, December 27, 2018.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC