COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
| jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
| rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
| khaake@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CARA BARBER,<br><br>    Defendant. | CIVIL NO. 18-00042 KJM<br><br>CERTIFICATE OF SERVICE<br><br>(RE:  PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S NOTICE OF TAKING VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION)<br><br>(Cara Barber)<br><br>TRIAL:  June 12, 2019<br>JUDGE:  Hon. Kenneth J. Mansfield |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Plaintiffs Ohana Military Communities, LLC and Forest City Residential Management, LLC's Notice of Taking Videotaped Deposition Upon Oral Examination (Cara Barber) was served on this date in the following manner:

|  | HAND DELIVERED | MAILED | CM/ECF |
|---|---|---|---|
| Bradford F.K. Bliss, Esq.<br>Lyons, Brandt, Cook & Hiramatsu<br>1800 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, HI  96813<br>bbliss@lbchlaw.com | [ X ] | [ ] | [ ] |
| P. Kyle Smith, Esq.<br>Law Offices of Ian L. Mattoch<br>Pacific Guardian Center<br>737 Bishop Street, Suite 1835<br>Honolulu, Hawaii 96813<br>kyle@ianmattoch.com | [ X ] | [ ] | [ ] |

|  | HAND DELIVERED | MAILED | CM/ECF |
|---|---|---|---|
| Terrance M. Revere<br>Revere & Associates, LLLC<br>Pali Palms<br>970 North Kalaheo Ave., Suite A301<br>Kailua, HI  96734<br>terry@revereandassociates.com<br><br>Attorneys for Defendant<br>CARA BARBER | [ ] | [ X ] | [ ] |

DATED:  Honolulu, Hawai'i, January 17, 2019.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC