# EXHIBIT 1

## Excerpt of the Settlement Agreement

## Filed Under Seal Pursuant to Pending Court's Disposition on Ex Parte Motion to File Under Seal