LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

BRADFORD F. K. BLISS   3161-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  bbliss@lbchlaw.com

P. KYLE SMITH        9533
Law Offices of Ian L. Mattoch
737 Bishop Street, Suite 1835
Honolulu, Hawaii 96813
Telephone:  (808) 523-2451
E-mail:  kyle@ianmattoch.com

TERRANCE M. REVERE  5857
Revere & Associates LLLC
970 N. Kalaheo Avenue, Suite A301
Kailua, Hawaii 96734
Telephone :  (808) 791-9550
Facsimile:   (808) 791-9551
E-mail:  terry@revereandassociates.com

Attorneys for Defendant
CARA BARBER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC, | ) ) ) | CIVIL NO. 18-00042 KJM |
| | ) ) | DEFENDANT CARA BARBER'S DISCLOSURE OF EXPERT |
| Plaintiffs, | ) ) ) | WITNESSES; CERTIFICATE OF SERVICE |

|                        |   |                                    |
|------------------------|---|------------------------------------|
| vs.                    | ) | Trial:  June 12, 2019              |
|                        | ) |                                    |
| CARA BARBER,           | ) | Judge: Hon. Kenneth Mansfield      |
|                        | ) |                                    |
|       Defendant.       | ) |                                    |
|                        | ) |                                    |

### DEFENDANT CARA BARBER'S DISCLOSURE OF EXPERT WITNESSES

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the deadlines set by the Court in the Rule 16 Scheduling Order filed June 15, 2018 (Dkt. No. 26), Defendant Cara Barber ("Barber"), by and through her attorneys, Lyons, Brandt, Cook & Hiramatsu, Revere & Associates LLLC and the Law Offices of Ian Mattoch, hereby discloses the following expert witnesses.

The following is a list of expert witnesses currently expected to be called by Barber to present expert evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence at trial. This disclosure refers to exhibits, including the written reports prepared and signed by the experts identified below, which will be concurrently served on Plaintiffs but are not attached to the CM/ECF version.

## I.   DISCLOSURE OF RETAINED EXPERTS PURSUANT TO RULE 26(a)(2)(B)

### A. Walter Chun, Ph.D., CSP, CHSP, CHST
**1045 Lolena Place**
**Honolulu, HI 96817**

1.   <u>Written Report.</u> Dr.  Chun's opinions and the bases and reasons therefor are set forth in his written report, attached as Exhibit A.

    2.    <u>Qualifications.</u> Dr. Chun's curriculum vitae is attached to his report.

    3.    <u>Compensation.</u> Dr. Chun's hourly rate is $275.00.

    4.    <u>List of Other Cases.</u> See curriculum vitae attached to his report.

**B. Keoki Kerr**
**44-121 Laha St., #1**
**Kaneohe, Hawaii 96744**

    1.    <u>Written Report.</u>  Mr. Kerr's opinions and the bases and reasons therefor are set forth in his written report, attached as Exhibit B.

    2.    <u>Qualifications.</u> Mr. Kerr's qualifications are set forth in his report.

    3.    <u>Compensation.</u> Mr. Kerr's hourly rate is $250.00. Other rates are set forth in his report.

    4.    <u>List of Other Cases.</u> Mr. Kerr has not previously testified as an expert.

**C. Heriberto Robles, Ph.D., D.A.B.T**
**Enviro-Tox Services, Inc.**
**20 Corporate Park, Suite 220**
**Irvine, CA 92606**

    1.    <u>Written Report.</u> Dr. Robles' opinions and the bases and reasons therefor are set forth in his written report, attached as Exhibit C.

    2.    <u>Qualifications.</u> Dr. Robles' curriculum vitae is attached to his report.

3

3. <u>Compensation.</u> Dr. Robles' hourly rate is $200.00; additional rates are set forth in the fee schedule attached to his report.

4. <u>List of Other Cases.</u> The only other matter in which Dr. Robles has been retained to provide expert testimony for a matter in litigation in the last 4 years is: <u>Celestino Acosta, et al. v. City of Long Beach, et al.</u>, Los Angeles County Superior Court, Case No. BC591412.

DATED:  Honolulu, Hawaii, January 23, 2019.

/s/ Bradford F. K. Bliss
BRADFORD F. K. BLISS
Attorney for Defendant
CARA BARBER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC, | ) ) ) | CIVIL NO. 18-00042 KJM |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CARA BARBER, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019 and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following at their last known addresses:

| Served Electronically through CM/ECF: | E-mail address |
|---|---|
| P. KYLE SMITH, ESQ. Law Offices of Ian L. Mattoch 737 Bishop Street, Suite 1835 Honolulu, Hawaii 96813   and | kyle@ianmattoch.com |
| | |
| TERRANCE M. REVERE, ESQ. Pali Palms Plaza 970 N. Kalaheo Avenue, #A301 Kailua, Hawaii 96734 | terry@revereandassociates.com |
| Attorneys for Defendant | |

20411a _COS

| Served Electronically through CM/ECF: | E-mail address |
|---|---|
| JOACHIM P. COX, ESQ.<br>RANDALL C. WHATOFF, ESQ.<br>KAMALA S. HAAKE, ESQ.<br>Cox & Fricke, LLLP<br>800 Bethel Street, Suite 600<br>Honolulu, Hawaii 96813 | jcox@cfhawaii.com<br>rwhatoff@cfhawaii.com<br>khaake@cfhawaii.com |
| Attorneys for Plaintiffs<br>OHANA MILITARY COMMUNITIES,<br>LLC and FOREST CITY RESIDENTIAL<br>MANAGEMENT, LLC | |

DATED:  Honolulu, Hawaii, January 23, 2019.

/s/ Bradford F. K. Bliss
BRADFORD F. K. BLISS
Attorney for Defendant
CARA BARBER