

**BUSINESS SENSITIVE AND CONFIDENTIAL**

**SETTLEMENT OF (b) (6) v. OHANA**

### SUMMARY

Ohana local counsel has been effectively defending a class action lawsuit brought forth by 7 current and former residents at MCB Hawaii for over a year. As a result of the defense, we have reached a settlement agreement with plaintiffs that will bring the issue to closure upon execution. There is a monetary payment to be made to the plaintiffs as part of the settlement for which the Managing Member must ensure has Government Member approvals if and where necessary.

### GOVERNMENT CONSENT AND PAYMENT

The Ohana Operating Agreement Section 4.02(b)(iv) gives the authority to settle lawsuits to the Managing Member, Thus Hawaii Military Communities LLC be the only party signing on behalf of Ohana.

The draft 2016 Operating Budget is due to be submitted on January 15th and was developed prior to conclusion of settlement discussions. It includes $750k in legal budget attributable to the Marine Phases to continue defending the case, however the budget has not been submitted to the Government Member and therefore no approved funding is available.

Plaintiffs have agreed to a settlement of $350k which the Managing Member intends to pay from the $750k in the 2016 Operating budget. Approval of this funding in advance of the 2016 Operating Budget is necessary due to the timeliness of the execution of the settlement agreement required by the court. It is expected this agreement could be finalized in a matter of days and obligate OMC to make payment within 15 days.

### CONCLUSION

Managing Member request Government Member acknowledgement that the Managing Member has the authority to execute the settlement of (b) (6) v. Ohana, that the settlement will be funded from 2016 Operating Budget and that the Managing Member has satisfied any requirement set forth for Government Approval in the Operating Agreement.

5173 NIMITZ ROAD   HONOLULU, HAWAII 96818
(808) 836-5444   www.forestcity.net

BARBER 00775