# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00042-KJM |
| CASE NAME: | Ohana Military Communities, LLC et al v. Cara Barber |
| ATTYS FOR PLA: | Randall C. Whattoff |
| ATTYS FOR DEFT: | Bradford F.K. Bliss<br>Patrick Kyle Smith |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 02/06/2019 | TIME: | 10:00 - 10:42 |

COURT ACTION: EP: [74] PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS 2-3 TO SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT, AND TO PUBLICLY FILE EXHIBIT 1 AND THE UNREDACTED PLEADINGS hearing held.

Arguments heard.

Motion is DENIED. Court to issue an Order

*Submitted by: Bernie Aurio, Courtroom Manager*