COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JOACHIM P. COX     7520-0
    jcox@cfhawaii.com
RANDALL C. WHATTOFF     9487-0
    rwhattoff@cfhawaii.com
KAMALA S. HAAKE     9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CARA BARBER,<br><br>        Defendant. | CIVIL NO. 18-00042 KJM<br><br>CERTIFICATE OF SERVICE<br><br>(RE: *PLAINTIFF OHANA MILITARY COMMUNITIES, LLC'S OBJECTIONS TO CARA BARBER'S NOTICE OF DEPOSITION TO PLAINTIFF OHANA MILITARY COMMUNITIES, LLC PURSUANT TO FED. R. CIV. P. 30(B)(6) RE: RULE 26 DISCLOSURES & RECORD RETENTION PRACTICES DATED DECEMBER 17, 2018*)<br><br>Trial:  June 12, 2019 |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of *PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC'S OBJECTIONS TO CARA BARBER'S NOTICE OF DEPOSITION TO PLAINTIFF OHANA MILITARY COMMUNITIES, LLC PURSUANT TO FED. R. CIV. P. 30(B)(6) RE: RULE 26 DISCLOSURES & RECORD RETENTION PRACTICES DATED DECEMBER 17, 2018* was served on this date in the following manner:

|  | HAND DELIVERED | MAILED | CM/ECF |
|---|---|---|---|
| Bradford F.K. Bliss, Esq.<br>Lyons, Brandt, Cook & Hiramatsu<br>1800 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, HI  96813<br>bbliss@lbchlaw.com | [ X ] | [  ] | [  ] |
| P. Kyle Smith, Esq.<br>Law Offices of Ian L. Mattoch<br>Pacific Guardian Center<br>737 Bishop Street, Suite 1835<br>Honolulu, Hawaii 96813<br>kyle@ianmattoch.com | [ X ] | [  ] | [  ] |

| | |
|---|---|
| Terrance M. Revere<br>Revere & Associates, LLLC<br>Pali Palms<br>970 North Kalaheo Ave., Suite A301<br>Kailua, HI  96734<br>terry@revereandassociates.com<br><br>Attorneys for Defendant<br>CARA BARBER | [ ]          [ X ]          [ ] |

DATED:  Honolulu, Hawai'i, March 1, 2019.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC