# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00042-KJM |
| CASE NAME: | Ohana Military Communities, LLC et al v. Cara Barber |
| ATTYS FOR PLA: | Joachim P. Cox<br>Randall C. Whattoff |
| ATTYS FOR DEFT: | Bradford F.K. Bliss<br>Patrick Kyle Smith<br>Terrance M. Revere |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | KJM Chambers |
| DATE: | 03/08/2019 | TIME: | 9:50 - 4:00 |

COURT ACTION: EP: FURTHER SETTLEMENT CONFERENCE held.

The Court met with the parties. Settlement discussions held.

No settlement reached at this time.

Parties may contact Magistrate Judge Kenneth J. Mansfield's courtroom Manager, Bernie Aurio at (808) 541-1298, if they so wish further assistance in settlement with the Court.

*Submitted by: Bernie Aurio, Courtroom Manager*