COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
| jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
| rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
| khaake@cfhawaii.com | |
| CHRISTINE A. TERADA | 10004-0 |
| cterada@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CARA BARBER,<br><br>Defendant. | CIVIL NO. 18-00042 KJM<br><br>CERTIFICATE OF SERVICE<br>[Re: (1) Plaintiff Ohana Military Communities, LLC's Second Request for Production of Documents and Things to Defendant Cara Barber; (2) Plaintiff Ohana Military Communities, LLC's Second Request for Answers to Interrogatories to Defendant Cara Barber; and (3) Plaintiff Ohana Military Communities, LLC's First Request for Admissions to Defendant Cara Barber] |

TRIAL: June 12, 2019

## CERTIFICATE OF SERVICE

I hereby certify that, on this date and by the methods of service noted below, a true and correct copy of *1) Plaintiff Ohana Military Communities, LLC's Second Request for Production of Documents and Things to Defendant Cara Barber; (2) Plaintiff Ohana Military Communities, LLC's Second Request for Answers to Interrogatories to Defendant Cara Barber; and (3) Plaintiff Ohana Military Communities, LLC's First Request for Admissions to Defendant Cara Barber* was served on the following at their last known addresses:

**Served By Hand Delivery (original and one copy):**

P. Kyle Smith, Esq.
Law Offices of Ian L. Mattoch
Pacific Guardian Center
737 Bishop Street, Suite 1835
Honolulu, Hawaii 96813

**Served By Hand Delivery (one copy):**

Bradford F.K. Bliss, Esq.
Lyons, Brandt, Cook & Hiramatsu
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

**Served By United States Mail, Postage Prepaid (one copy):**

Terrance M. Revere, Esq.
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, HI 96734

Attorneys for Defendant
CARA BARBER

DATED: Honolulu, Hawai'i, March 13, 2019.

/s/ Kamala S. Haake
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA
Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC