COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
| jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
| rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
| khaake@cfhawaii.com | |
| CHRISTINE A. TERADA | 10004-0 |
| cterada@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:  (808) 275-3276

Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC and FOREST CITY RESIDENTIAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CARA BARBER,<br><br>Defendant. | CIVIL NO. 18-00042 KJM<br><br>PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S MOTION TO COMPEL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF RANDALL C. WHATTOFF; EXHIBITS 1-4; CERTIFICATE OF SERVICE<br><br>TRIAL:  June 12, 2019<br>JUDGE:  Kenneth J. Mansfield |

# PLAINTIFFS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S MOTION TO COMPEL

Plaintiffs Ohana Military Communities, LLC ("Ohana") and Forest City Residential Management, LLC ("FCRM") (collectively "Plaintiffs"), by and through their undersigned counsel, Cox Fricke LLP, respectfully move this Court for an order compelling Defendant Cara Barber to (1) produce documents responsive to Request Nos. 20-22; and (2) pay reasonable expenses, including attorneys' fees, incurred in bringing this Motion.

This motion is brought pursuant to Rules 7, 34 and 37 of the Federal Rules of Civil Procedure and Local Rule 26.2, and is based on the memorandum and declaration attached hereto, the records and files in this case, as well as other and further arguments that may be offered at the hearing.

DATED: Honolulu, Hawaiʻi, March 14, 2019.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA
Attorneys for Plaintiffs
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC