**Subject: MCBH Lawsuit:  Video/Movie**

From: Cara Barber - To: kyle@lhsshawaii.com, terry@revereandassociates.com - Date: April 1, 2016 at 2:46 PM

Hi Kyle and Terry,

I hope you're all doing well!  I'm writing to share a video summary or "movie" I created about the MCBH and Pearl Harbor contamination issue and lawsuit, which mentions our recent settlement.  I thought I should run it by you guys before sharing it online, to make sure it complies with our settlement agreement.  In the video, I provide your names and contact information as attorneys that families can contact if interested in pursuing their potential claims.

Because it's so long, it's more like a movie.  So, maybe you and your wives can grab a bag of popcorn and watch it over the weekend!   J  I would really appreciate any feedback you and/or your wives offer.  This is my first attempt to make a "movie" or whatever you want to call it, so please be forgiving about the graphics and pathetic narration!  :0  Since you guys already know so much about this issue, it may be pretty boring.  I just hope some MCBH and Pearl Harbor families will watch or listen to it so they can get the info needed to advocate for and protect their families.  I may also share it with some investigative reporters, Earth Justice and similar organizations to continue raising awareness and pursuing accountability.  Here's the link to watch: https://youtu.be/iblD8tV-1xl

Also, **Hunt Companies HAS NOT DISCLOSED the hazardous contamination** in their leases or otherwise.  In fact, they're using Forest City's Community Handbook with a new "Hunt Companies" cover, so they're using the EXACT SAME piece of crap "disclosure" Forest City did!  Hell, they're even encouraging residents to garden!!  So, Hunt Companies is doing absolutely NOTHING to disclose or improve the situation . . . and they're expected to begin major demolitions in the Hana Like and Manana neighborhoods soon.

Anyway, I sure hope you and your families are doing well.  Thanks in advance for any feedback on the video/movie.  I definitely want to make sure it complies with our settlement agreement.

All my best,

Cara

EXHIBIT 25

EXHIBIT 2