**Subject: Brief Summary Attached**

From: Cara Barber - To: kyle@lynchhoppersmith.com - Date: May 10, 2016 at 12:41 PM, Attachments: BRIEF SUMMARY FOR CURRENT AND FORMER.docx

Hi Kyle,

I've attached a brief summary of points for current and former MCBH and Pearl Harbor residents for your review.  I liked the letter and notice sent out today, but I'm concerned current residents may feel left out.  Considering the demolition and construction in their neighborhoods that has begun or is about to begin, many current residents also have legitimate concerns and potential legal claims.  I believe their concerns are legitimate considering neither Forest City nor Hunt have done post-construction or confirmation sampling/testing in their contaminated neighborhoods, not to mention the +/-40 toxic landfills Forest City created in these neighborhoods.  It is on top of at least one or more of these toxic landfills in the Mololani neighborhood that Hunt has recently begun new housing development.

Further supporting their concerns is the fact that the same incompetent subcontractor simultaneously managed and supposedly remediated contaminated soils in MCBH, Pearl Harbor and Hickam neighborhoods.  Confirmation sampling/testing in those Hickam neighborhoods confirmed contamination levels were higher than before!  We suspect this is why Forest City, the Navy, Marine Corps and now Hunt refuse to do post-construction or confirmation sampling/testing in these neighborhoods.

In addition, Forest City and Hunt's failures to remove, remediate and/or disclose hazardous contamination applies to military families who live in MCBH and Pearl Harbor neighborhoods, so I think we need to speak to Pearl Harbor families too.

Look forward to talking soon!

Cara

EXHIBIT 28
EXHIBIT 3

## BRIEF SUMMARY FOR CURRENT AND FORMER

## MCBH AND PEARL HARBOR RESIDENTS

- Hazardous contamination is confirmed throughout MCBH and Pearl Harbor neighborhoods.
- Although Hawaii law requires that all known health and safety hazards in and around a home must be disclosed to tenants before a home is leased or sold, neither Forest City nor Hunt Companies has disclosed the hazardous contamination or the serious health risks it poses.
- Their failure to inform you about the hazardous contamination and serious health risks means you have strong legal claims you can pursue against them including but not limited to the following:
    - o Negligent failure to warn,
    - o Violation of Hawaii Landlord Tenant Code,
    - o Deceptive Trade Practices,
    - o Fraud, etc.
- A current or former MCBH or Pearl Harbor resident who pursues these legal claims can seek the following:
    - o 100% Reimbursement of BAH/Rents Paid
    - o Potential Punitive Damages, etc.
- A 2-year statute of limitation applies to these claims, meaning you have 2 years from the date you found out about the hazardous contamination to pursue these claims and monetary damages. If you wait more than 2 years, the Court may not allow you to pursue these claims
- Statute of limitations for MCBH residents who leased a home from Forest City before 2014 were "frozen" during litigation of the class action lawsuit (2014 – 2016). As a result, the approximate 2 years of litigation do not count against the 2-year statute of limitations for those current or former residents. For example, if a former resident found out about the contamination in Jan 2013, they would still have a year or more to pursue these claims.
- Other current and former MCBH residents have pursued these strong legal claims against Forest City. Their lawsuit settled for an undisclosed amount.
- Attorneys may be willing to represent your claims on a "contingency basis," meaning you would not have to pay any money out of pocket for legal representation. A contingent fee agreement between you and your attorney means that you agree to give your attorney a certain percentage of the funds awarded or settled upon at the conclusion of your case. That percentage is always agreed upon upfront.