**Subject:** Re: Hope you're hanging in there!

From: Kyle Smith - To: Cara Barber - Date: May 13, 2016 at 4:49 PM

No kidding. We have had dozens and dozens of emails/calls and probably 40-50 who have already signed up.

I also gave FC the delicious news yesterday that new mediation demands/claims were on their way… :)

---

**From:** Cara Barber <carabarber@earthlink.net>
**Date:** Wednesday, May 11, 2016 at 6:55 PM
**To:** Kyle Smith <kyle@lynchhoppersmith.com>
**Subject:** Hope you're hanging in there!

Holy Cow!  I thought quite a few would want to pursue these claims, but I had no idea!!!  Are you going to have to start referring these families to other attorneys?

I guess it helps that families no longer have to worry about retaliation since FC's no longer the Navy or Marine Corps' business partner.

Happy to help, if I can.

All my best,

Cara

EXHIBIT 29
EXHIBIT 4